# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 08-2880

_____

| | | |
|---|---|---|
| Juan Mendoza-Mejia, | * | |
| | * | |
| Petitioner, | * | |
| | * | Petition for Review of |
| v. | * | an Order of the Board |
| | * | of Immigration Appeals. |
| Eric H. Holder, Jr.,[1] Attorney General of | * | |
| the United States; Janet Napolitano,[2] | * | [UNPUBLISHED] |
| Secretary of the Department of | * | |
| Homeland Security, | * | |
| | * | |
| Respondents. | * | |

_____

Submitted: October 29, 2009
Filed: November 3, 2009

_____

Before WOLLMAN, RILEY, and SMITH, Circuit Judges.

_____

PER CURIAM.

---

[1]Eric H. Holder, Jr. has been appointed to serve as Attorney General of the United States, and is substituted as respondent pursuant to Federal Rule of Appellate Procedure 43(c).

[2]Janet Napolitano has been appointed to serve as Secretary of the Department of Homeland Security, and is substituted as respondent pursuant to Federal Rule of Appellate Procedure 43(c).

Juan Mendoza-Mejia, a citizen of Guatemala, petitions for review of an order of the Board of Immigration Appeals. Because substantial evidence supports the Board's determination that Mendoza-Mejia was not subjected to past persecution and does not have a well-founded fear of future persecution in Guatemala, we deny review of Mendoza-Mejia's claims for asylum, withholding of removal, and relief under the Convention Against Torture. See Zacarias-Velasquez v. Mukasey, 509 F.3d 429, 432-34 (8th Cir. 2007); Gitimu v. Holder, 2009 WL 2998097, at *5 (8th Cir. Sept. 22, 2009). Because this court lacks jurisdiction to review the Board's determination that Mendoza-Mejia failed to prove his removal would cause an exceptional and extremely unusual hardship to his spouse or child under 8 U.S.C. § 1229b(b)(1)(D), we also deny review of his claim for cancellation of removal. See Zacarias-Velasquez, 509 F.3d at 434. Accordingly, Mendoza-Mejia's petition is denied.

_____